## SKINNER v. STATE.

### No. 18332.

Court of Criminal Appeals of Texas.

May 20, 1936.

Futch & Strong, of Henderson, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for 10 years.

The indictment appears regular and properly presented. The record is before us without statement of facts or bills of exception.

No fundamental error having been perceived, the judgment is affirmed.